**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Ex Parte Application of Tylor Group LLC for an Order Under 28 U.S.C. § 1782* | Case No.: 1:25mc430 (MMG) |

### JOINT MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING CONFERRAL OF PARTIES

Applicant Tylor Group LLC ("Tylor") and Respondent Dracontides LLC ("Dracontides") (together, the "Parties") jointly move the Court to hold this 28 U.S.C. § 1782 matter in abeyance to permit the Parties to meet and confer regarding the scope of discovery and potential narrowing or resolution of issues. In support of this motion, the Parties state as follows.

This Section 1782 dispute is one of a group of six related applications arising from a Korean litigation concerning share ownership involving Redbadge Pacific, Inc. ("RBP"), and persons and entities affiliated therewith. These applications have been filed in four federal districts and reflect common issues and discovery requests directed at individuals and entities associated with RBP, including Respondent Dracontides. Respondents in this and two of the other related matters have moved to vacate the ex parte orders granting discovery and to quash subpoenas issued pursuant to those orders, arguing that the applications do not meet the factors set out in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). Those motions are fully briefed.

On January 20, 2026, the Honorable William J. Martini, U.S.D.J. issued an opinion in Case No. 25-cv-16183 (D.N.J.) concerning respondent Jonathan Choon Kim. That opinion is attached hereto as Ex. A. Judge Martini denied Respondent's motion, holding that the first three *Intel* factors counsel in favor of allowing some form of § 1782 discovery. However, Judge Martini also held that respondent Kim satisfied his burden as to the fourth *Intel* factor on undue burden and Ordered the parties to meet and confer to attempt to narrow the scope of the two subpoenas to encompass only information relevant to and likely to be admissible in the Korean action.

On the same day, the Parties participated in a status conference before Magistrate Judge Robyn F.

Tarnofsky in Case No. 25-mc-420, (S.D.N.Y.) concerning Tylor's application for discovery from Respondent Janny Lee. The judge Ordered the parties to meet and confer and provide a joint status update by February 10, 2026. That Order is attached hereto as Ex. B.

Consistent with the above Orders, the Parties are actively meeting and conferring regarding the scope of discovery. The Parties believe that these discussions may obviate or substantially narrow disputed issues concerning burden and scope that have been highlighted in briefing before this Court. There is good cause to temporarily hold this matter in abeyance, as it will conserve judicial and party resources while the Parties pursue negotiated resolutions.

Each Party expressly reserves all rights, claims, and defenses, including the right to seek further relief concerning the pending motions and subpoenas in this and any related proceedings, and nothing in this joint motion shall be construed as a waiver of any such rights.

For the foregoing reasons, the Parties jointly request that the Court hold this proceeding in abeyance until February 10, 2026 to permit the Parties to confer regarding the scope of the subpoenas. The Parties further request that this Court direct the Parties to file a joint status report at the end of the abeyance period providing an update on the conferral.

Dated: January 27, 2026                          Respectfully submitted,

Tylor Group LLC                                  Dracontides LLC

*By its attorneys*                               *By its attorneys,*

*/s/Henninger S. Bullock*                        */s/Peter A. Sullivan*
Henninger S. Bullock                             Peter A. Sullivan
Jing Yi (Jennifer) Huang                         Foley Hoag LLP
Mayer Brown LLP                                  1301 Avenue of the Americas
1221 Avenue of the Americas                      New York, NY 10019
New York, NY 10020                               617-812-0310 (direct)
212-506-2500                                     PSullivan@foleyhoag.com
HBullock@mayerbrown.com
JHuang@mayerbrown.com

GRANTED. This matter is STAYED pending further order of the Court. The parties are hereby ORDERED to file a joint status update on or before **February 10, 2026**. The Clerk of Court is respectfully directed to terminate Dkt. No. 25.

SO ORDERED. Dated January 28, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE