**May 4, 2026**

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court Southern District
of New York
40 Foley Square, Room 906
New York, NY 10007

> Re:    *In Re Ex Parte Application Of Tylor Group LLC For An Order Under 28*
> *U.S.C. § 1782*
> Case No. 1:25-mc-430-MMG
> Joint Status Letter

Dear Judge Garnett:

Pursuant to the Court's April 29, 2026 Order (Dkt. No. 32), Applicant Tylor Group LLC ("Applicant") and Respondent Dracontides LLC ("Respondent") (together, the "Parties") submit this joint letter addressing the status of the proceeding in the District of New Jersey in Case No. 25-cv-16183, *In Re Ex Parte Application Of Tylor Group LLC For An Order Under 28 U.S.C. § 1782* (the "New Jersey Action").

The Parties write to correct an inaccuracy inadvertently introduced into the record in their April 27, 2026 joint status report (Dkt. No. 31): the New Jersey Action has not been held in abeyance. The Court in the New Jersey Action denied Respondent's Motion to Quash on January 20, 2026 and ordered "the parties to meet and confer and attempt to narrow the scope of the two subpoenas[.]" Dkt. No. 25-1; *see also* Ex. 1, *In Re Ex Parte Application of Tylor Group LLC for an Order Under 28 U.S.C. § 1782*, Case No. 25-cv-16183, Dkt. No. 20 (D.N.J. Jan 20, 2026) (order mandating same). The Parties continue to meet and confer pursuant to that Court's order. There have been no further developments in the New Jersey Action on the docket.

In order to streamline negotiations and in the interest of judicial economy, the Parties agreed to negotiate the two New Jersey subpoenas simultaneously with the subpoenas at issue in other § 1782 proceedings arising out of the same underlying Korean action, including the two issued pursuant to the Court's October 2, 2025 order in the above-captioned proceeding. (Dkt. No. 7).

As indicated in the Parties' February 25, 2026 joint status report (Dkt. No. 30), the Parties had reached agreement on four out of six of Applicant's requests for production. Respondent will be producing documents responsive to the agreed requests and had indicated its intention to file another motion to quash limited to the two remaining document requests in dispute.

The Parties remain in active negotiations regarding the deposition subpoenas, and any remaining disagreement would likely be included in Respondent's motion to quash. Therefore, the scope of Respondent's motion to quash in the New Jersey Action has yet to be fully determined. The Parties respectfully request that the Court hold the instant action in abeyance for another sixty days and

Hon. Margaret M. Garnett
May 4, 2026
Page 2

permit the parties to file an additional joint status report on that date or within ten days of the resolution of the New Jersey Action, whichever is sooner.

Respectfully submitted,

Tylor Group LLC                                    Dracontides LLC

*By its attorneys*                                 *By its attorneys,*

*/s/ Henninger S. Bullock*                         */s/ Peter A. Sullivan*
Henninger S. Bullock                               Peter A. Sullivan
Jing Yi (Jennifer) Haung                           Foley Hoag LLP
Mayer Brown LLP                                    1301 Avenue of the Americas
1221 Avenue of the Americas                        New York, NY 10019
New York, NY 10020                                 617-812-0310 (direct)
212-506-2500                                       PSullivan@foleyhoag.com
hbullock@mayerbrown.com
jhuang@mayerbrown.com

GRANTED. Is it hereby ORDERED that this matter remain stayed. The Parties are further ORDERED to file a further status update on or before **July 6, 2026**, and every sixty (60) days thereafter, and within **ten (10) days** of the resolution of the New Jersey Action, whichever is sooner.

SO ORDERED. Dated May 7, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF TYLOR GROUP LLC FOR AN ORDER UNDER 28 U.S.C. § 1782 | No. 25-cv-16183-WJM-MAH **ORDER** |

**THIS MATTER** comes before the Court on Respondent Jonathan Choon Kim's Motion to Vacate the Court's Order granting Applicant Tylor Group LLC's application for discovery pursuant to 28 U.S.C. § 1782(a), ECF No. 13 (the "Motion"); and for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this ___20___ day of January 2026, hereby,

**ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that Applicant's request for leave to file a sur-reply, ECF No. 18, is **GRANTED**; and it is further

**ORDERED** that the parties shall meet and confer to narrow the scope of the discovery requests, ECF Nos. 1-5 and 1-6.

WILLIAM J. MARTINI, U.S.D.J.